**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
James N. Pickens, CA SBN 307474
jpickens@raklaw.com
Minna Y. Chan, CA SBN 305941
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele:   310/826-7474
Fax:    310/826-6991

*Attorneys for Defendant/Counterclaim Plaintiff*
ECOFACTOR, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>ECOFACTOR, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 4:21-cv-03220-HSG<br><br>**ORDER**<br>DEMAND FOR JURY TRIAL |

Upon consideration of Defendant and Counterclaim Plaintiff EcoFactor's Motion to Withdraw C. Jay Chung as counsel of record, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant and Counterclaim Plaintiff's Motion is GRANTED.

Dated:  7/28/2021

_____
Haywood S. Gilliam, Jr.
United States District Court Judge