UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,, <br><br> Plaintiff, <br><br> v. <br><br> ECOFACTOR, INC., <br><br> Defendant. | Case No.  4:21-cv-03220-HSG <br><br> **ORDER TO JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

There being a showing of good cause based on the parties' stipulation, the Court hereby moves the dates for the Joint Claim Construction and Prehearing Statement to January 14, 2022, the Responsive Damages Contentions to January 17, 2022, and that the Completion of Claim Construction Discovery to January 21, 2022 and hereby moves the date for EcoFactor's Response to Google's Motion for Judgment on the Pleadings to January 12, 2022, and Google's Reply to January 19, 2022.

Dated: December 22, 2021

Honorable Haywood S. Gilliam, Jr.
United States District Judge