1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                               NORTHERN DISTRICT OF CALIFORNIA

10

11   GOOGLE LLC,,                               Case No.  4:21-cv-03220-HSG

12                  Plaintiff,                   **ORDER TO JOINT
                                                 STIPULATION TO MODIFY**
13         v.                                    **SCHEDULING ORDER (as modified)**

14   ECOFACTOR, INC.,

15                  Defendant.

16

17         PURSUANT TO STIPULATION, IT IS SO ORDERED.

           There being a showing of good cause based on the parties' stipulation, the Court hereby
18
     modifies the current claim construction related deadlines as follows:
19

20   | Event | Date |
     | --- | --- |
21   | Joint Claim Construction Statement | Feb. 25, 2022 |
22   | Completion of Claim Construction Discovery | Mar. 14, 2022 |
23   | Opening Claim Construction Brief | Mar. 29, 2022 |
24   | Responsive Claim Construction Brief | Apr. 12, 2022 |
25   | Reply Claim Construction Brief | Apr. 19, 2022 |
26   | Technology Tutorial | May 13, 2022 at 1:30 p.m. |
27   | Markman Hearing | May 20, 2022 at 1:30 p.m. |

28

Dated: 1/10/2022

Honorable Haywood S. Gilliam, Jr.
United States District Judge