1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10

11 | GOOGLE LLC,, | Case No.  4:21-cv-03220-HSG
12 |     Plaintiff, | **ORDER TO MODIFY SCHEDULING ORDER AND TO SCHEDULE HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**
13 | v. |
14 | ECOFACTOR, INC., |
15 |     Defendant. |
16

PURSUANT TO STIPULATION, IT IS SO ORDERED.

There being a showing of good cause based on the parties' stipulation, the hearing on Google's § 101 Motion for Judgment on the Pleadings shall be heard on April 14, 2022, at 2:00 p.m. before Judge Gilliam, and the Court hereby modifies the current claim construction related deadlines as follows:

| Event | Stipulated Date |
| --- | --- |
| Joint Claim Construction Statement | Mar. 29, 2022 |
| Completion of Claim Construction Discovery | Apr. 5, 2022 |
| Opening Claim Construction Brief | Apr. 19, 2022 |
| Responsive Claim Construction Brief | May 3, 2022 |
| Reply Claim Construction Brief | May 10, 2022 |

| Technology Tutorial | Jun. 3, 2022 |
|---|---|
| Markman Hearing | Jun. 10, 2022 |

Dated: March 17, 2022

_Haywood S. Gilliam, Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Judge