Bijal V. Vakil (CA Bar No. 192878)
ALLEN & OVERY LLP
550 High Street
Palo Alto, CA 94301
Telephone: (650) 388-1650
Facsimile: (650) 388-1699
Email: bijal.vakil@allenovery.com

Counsel for Google LLC
*Additional Counsel at signature block*

Reza Mirzaie
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310)826-6991
Email: rmirzaie@raklaw.com

Counsel for EcoFactor, Inc.
*Additional Counsel at signature block*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>ECOFACTOR, INC.,<br><br>Defendant. | Case No. 4:21-cv-03220-HSG<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Tutorial: June 3, 2022<br>Hearing: June 10, 2022<br>Courtroom: 2, 4th Floor<br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to the March 17, 2022 Scheduling Order, and this Court's Patent Local Rule 4-3, Google LLC ("Google") and defendant EcoFactor, Inc. ("EcoFactor") (collectively, the "Parties") submit this Joint Claim Construction Statement and Prehearing Statement with respect to the Asserted Patents and presently Asserted Claims:

- U.S. Patent No. 8,740,100 ("'100 Patent") – Claims 1-16 ("'100 Asserted Claims")
- U.S. Patent No. 8,751,186 ("'186 Patent") – Claims 1-13 ("'186 Asserted Claims")

- U.S. Patent No. 9,194,597 ("'597 Patent") – Claims 1-24 ("'597 Asserted Claims")
- U.S. Patent No. 10,584,890 ("'890 Patent") – Claims 1-17 ("'890 Asserted Claims")

## I. Agreed Claim Constructions (Pat. L.R. 4-3(a))

The Parties stipulate to the constructions for the following terms:

| Patent | Claim No. | Claim Term | Agreed Construction |
|---|---|---|---|
| '597 | 1, 9, 17 | "automated setpoint[s]" | The word "automated" in "automated setpoint[s]" means "computer-calculated" |
| '100 | 1 | "A system for reducing the usage of a ventilation system" | Preamble is limiting |
| '100 | 9 | "A process for optimizing the delay enforced by a thermostatic controller after said thermostatic controller turns a ventilation system off prior to allowing said thermostatic controller to signal said ventilation system to turn on again" | Preamble is limiting |
| '186 | 1 | "A system for controlling a heating, ventilation and air conditioning (HVAC) system" | Preamble is limiting |
| '186 | 8 | "A method for controlling a heating, ventilation and air conditioning (HVAC) system" | Preamble is limiting |
| '890 | 1 | "A thermostat system" | Preamble is limiting |

## II. Proposed Constructions of Disputed Terms (Pat. L.R. 4-3(b))

Appendix A (Terms in Dispute) sets forth proposed constructions of each disputed term, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any proposed construction.[1][2] Terms in Appendix A are not ranked in any fashion.

[1] **Google's Position**: Google received EcoFactor's proposed constructions and supporting evidence on the same day as the deadline for this Joint Claim Construction and Prehearing Statement. Google objects to EcoFactor's use of untimely disclosed evidence.

[2] **EcoFactor's Position**: EcoFactor's proposed constructions have not changed since its December 6, 2021 L.P.R. 4-2 disclosure. But resulting from Google's refusal to narrow its list of terms over the intervening four months in compliance with the Local Patent Rules and the Court's

**III. Terms Most Significant to Resolution of the Case (Pat. L.R. 4-3(c))**

The Parties jointly identify the following eight (8) claim terms as the most significant at this time to resolution of the case. Terms are not ranked in any fashion.

1. "predict a rate of change of temperatures inside the structure" / "calculate one or more predicted rates of change in temperature at the first location" / "calculating… one or more predicted rates of change in temperature at the first location" / "predict changes in temperature inside the structure" ['100 Patent, claims 1, 9; '186 Patent, claims 1, 8; '597 Patent, claims 1, 9, 17].

2. "a temperature inside the first location will change in response to changes in outside temperature" / "change of temperatures inside the structure in response to at least changes in outside temperatures" / "changes in temperature inside the structure in response to at least changes in outside temperatures" ['186 Patent, claims 1, 8; '100 patent, claims 1, 9; '597 claims 1, 9, 17].

3. "internal temperature measurements taken within a structure" / "inside temperature measurements"/ "outside temperature measurements relating to temperatures outside the structure" / "outside temperature measurements" / "outside temperature measurements"" ['100 Patent, claims 1, 9; '597 Patent, claims 1, 9, 17; '186 Patent, claims 1, 8, 9].

4. "the HVAC control system" ['186 Patent, claims 1, 8].

5. "rapid cycling" ['890 Patent, claim 1].

6. "setpoint" / "setpoints" / "one or more setpoints" ['597 Patent, claims 1, 9, 17].

7. "evaluate one or more parameters including at least the outside temperature measurements and the predicted rate of change" / "evaluating the one or more parameters comprises evaluating at least the outside temperature measurements and the predicted rate of

---

Standing Orders, EcoFactor was forced to file a motion for administrative relief (ECF 66), which the parties finally resolved by agreement to a narrowed list of terms on March 28, 2022. Even so, Google's final list of terms, proposed constructions, and supporting evidence includes new proposed terms for construction, new proposed constructions for previously disclosed terms, and new extrinsic evidence. To respond to these untimely disclosures, EcoFactor provided Google an updated list of supporting evidence the very next day, which is the deadline to file the Joint Claim Construction Statement. If EcoFactor's updated supporting evidence is objectionable, then EcoFactor also objects to the untimely disclosed evidence and untimely disclosed new claim construction terms and proposed constructions by Google.

change" ['100 Patent, claims 1, 9].

8. "A method for detecting manual changes to the setpoint for a thermostatic controller" / "A method for incorporating manual changes to the setpoint for a thermostatic controller" / "An apparatus for detecting manual changes to one or more setpoints for a thermostatic controller" ['597 Patent, claims 1, 9, 17].

The Parties agree that (1) construction of Term 2 is dispositive for at least claims 1 and 8 of the '186 Patent, claims 1 and 9 of the '100 Patent, and claims 1, 9, and 17 of the '597 Patent, (2) construction of Term 4 is dispositive for at least claims 1 and 8 of the '186 Patent, (3) construction of Term 5 is dispositive for at least claim 1 of the '890 Patent, and (4) construction of Term 7 is dispositive for at least claims 1 and 9 of the '100 Patent.

## IV. Anticipated Length of Claim Construction Hearing (Pat. L.R. 4-3(d))

The Parties agree to a hearing length of three-and-a-half (3.5) hours.

## V. Witnesses at the Claim Construction Hearing (Pat. L.R. 4-3(e))

The Parties agree that there will be no witnesses called at the Claim Construction Hearing.

## VI. Factual Findings (Pat. L.R. 4-3(f))

The parties do not request any factual findings related to claim construction from the Court.

Dated: March 29, 2022

Respectfully submitted,

By: /s/ *Bijal V. Vakil*

Bijal V. Vakil (CA Bar No. 192878)
Shamita Etienne-Cummings (CA Bar No. 202090)
Grace I. Wang (NY SBN 5421391), *pro hac vice*
Allen & Overy LLP
550 High Street, 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1650
Email: bijal.vakil@allenovery.com
Email: shamita.etienne@allenovery.com
Email: eric.lancaster@allenovery.com

***Counsel for Google LLC***

Dated: March 29, 2022

By: /s/ *Reza Mirzaie*

Reza Mirzaie
Marc A. Fenster
Kristopher R. Davis
James N. Pickens
Minna Y. Chan
Jason M. Wietholter
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel: 310/826-7474
Fax: 310/826-6991

***Counsel for EcoFactor, Inc.***

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 29, 2022

*/s/ Bijal V. Vakil*
Bijal V. Vakil