# APPENDIX A – DISPUTED TERMS

| Claim Term, Phrase or Clause | Patent/ Claim[1] | Google's Proposed Construction and Supporting Evidence | EcoFactor's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| [1] "predict a rate of change of temperatures inside the structure" / "calculate one or more predicted rates of change in temperature at the first location" / "calculating… one or more predicted rates of change in temperature at the first location" / "predict changes in temperature inside the structure" | '100 Patent, claims 1, 9; '186 Patent, claims 1, 8; '597 Patent, claims 1, 9, 17 | Calculate a future rate of change in temperature without using actual values that have been obtained currently or in the past.<br><br>**Intrinsic Evidence:**<br><br>'100 Patent, 8:20-38; '186 Patent, 8:63-9:9, 10:57-11:19; '597 Patent, 5:5-40; File History of '186 Patent, Response Dated Nov. 27, 2013; File History of U.S. Patent No. 8,886,488, Response Dated Nov. 27, 2013. | **"rate of change" / "rate of change of temperatures inside the structure" / "rates of change in temperature"**: difference between inside temperature measurements divided by the span of time between the measurements<br><br>**Remainder of phrases or other phrases:**<br><br>No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br><br>'100 Patent, at Abstract, 2:41-3:35, 3:49-56, 3:61-4:67, 5:1-6, 5:27-44, 7:60-8:38, 8:39-9:47, and accompanying Figures including Figures 6-8. '100 Patent File History at 7/15/2013 Resp. to OA.<br><br>'186 Patent, Abstract, 2:54-3:63, 3:64-4:15, 4:16-37, 4:38-5:30, 5:49-6:9, 8:21-9:9, 9:10-10:5, 10:6-56, 10:57-11:19, 11:46-12:23, 12:24-13:13, and accompanying Figures. '186 Patent File History at 11/27/2013 Resp. to OA. |

[1] Claims that do not explicitly recite the identified terms but otherwise incorporate the corresponding limitation by dependency are not listed here.

| Claim Term, Phrase or Clause | Patent/ Claim[1] | Google's Proposed Construction and Supporting Evidence | EcoFactor's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | '597 Patent, at Abstract, 2:32-34, 4:62-5:40, 7:44-52, and accompanying Figures including Figure 6<br><br>**Extrinsic Evidence**:<br><br>Testimony of Robert Zeidman regarding the foregoing |
| [2] "a temperature inside the first location will change in response to changes in outside temperature" / "change of temperatures inside the structure in response to at least changes in outside temperatures" / "changes in temperature inside the structure in response to at least changes in outside temperatures" | '186 Patent, claims 1, 8; '100 patent, claims 1, 9; '597 claims 1, 9, 17 | Indefinite<br><br>**Extrinsic Evidence:**<br><br>Testimony of David Auslander; The Facts On File Dictionary of Physics, 4th Ed. 2005 at 168. | No construction necessary; plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'100 Patent, at Abstract, 2:41-3:35, 3:49-56, 3:61-4:67, 5:1-6, 5:27-44, 7:60-8:38, 8:39-9:47, and accompanying Figures including Figures 6-8. '100 Patent File History at 7/15/2013 Resp. to OA.<br><br>'186 Patent, Abstract, 2:54-3:63, 3:64-4:15, 4:16-37, 4:38-5:30, 5:49-6:9, 8:21-9:9, 9:10-10:5, 10:6-56, 10:57-11:19, 11:46-12:23, 12:24-13:13, and accompanying Figures. '186 Patent File History at 11/27/2013 Resp. to OA.<br><br>'597 Patent, at Abstract, 2:32-34, 4:62-5:40, 7:44-52, and accompanying Figures including Figure 6<br><br>**Extrinsic Evidence**: |

| Claim Term, Phrase or Clause | Patent/ Claim[1] | Google's Proposed Construction and Supporting Evidence | EcoFactor's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | Testimony of Robert Zeidman regarding the foregoing |
| [3] "internal temperature measurements taken within a structure" / "inside temperature measurements"/<br><br>"outside temperature measurements relating to temperatures outside the structure" / "outside temperature measurements" / "outside temperature measurements" | '100 Patent, claims 1, 9; '597 Patent, claims 1, 9, 17; '186 Patent, claims 1, 8, 9 | Sensed readings of ambient temperature inside/outside a building<br><br>**Intrinsic Evidence:**<br><br>'100 Patent, 4:21-39, 7:4-30, 7:60-8:2, 8:3-19, FIGs. 4, 6; '186 Patent, 1:46-55, 2:20-44, 3:64-5:3, 8:21-30, 7:40-58, 8:46-62, 10:6-56, 11:20-47, 12:24-13:13, FIGs. 4, 7, 10, 12-13; '597 Patent, 4:8-32, 4:62-5:16. | No construction necessary; plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'100 Patent, at Abstract, 1:26-67, 2:12-24, 2:41-3:35, 3:38-56, 3:61-4:67, 5:1-6, 5:27-44, 6:44-7:3, 7:4-40, 7:60-8:38, 8:39-9:47, and accompanying Figures including Figures 2, 3, 4, 5, 6, 7, 8. '100 Patent File History at 7/15/2013 Resp. to OA.<br><br>'186 Patent, Abstract, 1:20-26, 2:27-2:5, 2:20-54, 2:54-3:63, 3:64-4:15, 4:16-37, 4:38-5:30, 5:38-6:9, 7:14-67, 8:21-9:9, 9:10-10:5, 10:6-56, 10:57-11:19, 11:46-12:23, 12:24-13:13, 13:14-21, and accompanying Figures. '186 Patent File History at 11/27/2013 Resp. to OA.<br><br>'597 Patent, at Abstract, 1:18-60, 2:20-34, 3:48-4:42, 4:62-5:40, 7:44-52, and accompanying Figures including Figures 2, 4, 5, 6<br><br>**Extrinsic Evidence**:<br><br>Testimony of Robert Zeidman regarding the foregoing; McGraw-Hill Dictionary |

| Claim Term, Phrase or Clause | Patent/ Claim[1] | Google's Proposed Construction and Supporting Evidence | EcoFactor's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | of Scientific and Technical Terms, 4th ed. (1989) |
| [4] "the HVAC control system" | '186 Patent, claims 1, 8 | Subject to § 112 ¶ 6; indefinite for lack of structure; indefinite even if not subject to § 112 ¶ 6; Recited functions: (1) "pre-cool[ing] the first structure" and (2) "reduc[ing] electricity demand."<br><br>**Intrinsic Evidence:**<br><br>'186 Patent, Abstract; 3:64-5:7.<br><br>**Extrinsic Evidence:**<br><br>Testimony of David Auslander. | No construction necessary; plain and ordinary meaning; not means-plus-function and not subject to or governed by §112(6) / §112(f); not indefinite. In the alternative, if governed by §112(6), corresponding structure is server 106, thermostat 108, website 300, and/or combination of server 106, website 300, and/or thermostat 108<br><br>**Intrinsic Evidence:**<br><br>'186 Patent at Claims, Abstract, 1:20-26, 2:27-2:5, 2:20-54, 2:54-3:63, 3:64-4:15, 4:16-37, 4:38-5:30, 5:38-6:9, 6:14-7:13, 7:14-67, 8:21-9:9, 9:10-10:5, 10:6-56, 10:57-11:19, 11:46-12:23, 12:24-13:13, 13:14-21, and accompanying Figures. '186 Patent File History at 11/27/2013 Resp. to OA.<br><br>**Extrinsic Evidence**:<br><br>Testimony of Robert Zeidman regarding the foregoing; U.S. Pat. No. 10,012,407; U.S. Pat. No. 10,241,482; U.S. Pub. No. 2016/0161138 |
| [5] "rapid cycling" | '890 Patent, claim 1 | Indefinite | No construction necessary; plain and ordinary meaning |

| Claim Term, Phrase or Clause | Patent/ Claim[1] | Google's Proposed Construction and Supporting Evidence | EcoFactor's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Intrinsic Evidence:**<br><br>'890 Patent, 2:5-18, 19:10-15, 19:46-20:39, 23:57-24:12, FIGs. 21(a)-21(c).<br><br>**Extrinsic Evidence:**<br><br>Testimony of David Auslander. | **Intrinsic Evidence:**<br><br>'890 Patent, Abstract, 1:64-2:18, 2:5-18, 12:20-32, 12:33-45, 12:46-55, 13:48-54, 14:38-52, 14:55-65, 16:9-18, 19:10-21:3, 22:63-23:3, 23:22-56-25:15, 25:45-26:38, 27:17-27, 32:61-33:10, and accompanying Figures including Figures 4, 20, 21A, 21B, 21C, 26A, 26B, 27A, 27B, 30-32. '890 Patent File History at 10/10/2019 Resp. to OA.<br><br>**Extrinsic Evidence**:<br><br>Testimony of Robert Zeidman regarding the foregoing; U.S. Pat. No. 10,895,509; U.S. Pat. No. 9,175,871; https://support.google.com/googlenest/search?q="short+cycling"&count=32; U.S. Pub. No. 2021/0302052; https://support.ecobee.com/s/articles/Threshold-settings-for-ecobee-thermostats; Federspiel et al., "Coordinated Control of HVAC Systems," Proc. of First Int'l Conference for Enhanced Building Operations (July 2001); U.S. Pat. No. 11,054,160; https://homejell.com/nest-e-vs-ecobee4/; https://www.gsheating.com/blog/air-conditioning/beware-of-rapid-cycling- |

| **Claim Term, Phrase or Clause** | **Patent/ Claim[1]** | **Google's Proposed Construction and Supporting Evidence** | **EcoFactor's Proposed Construction and Supporting Evidence** |
|---|---|---|---|
| | | | when-preparing-for-a-new-air-conditioner/ |
| [6] "setpoint" / "setpoints" / "one or more setpoints" | '597 Patent, claims 1, 9, 17 | Indoor temperature value for a thermostat to achieve and maintain<br><br>**Intrinsic Evidence:**<br><br>'597 Patent 1:26-31; 5:58-6:30; 6:52-63, Fig. 9 | "a temperature setting for a thermostat to achieve or maintain"<br><br>**Intrinsic Evidence:**<br><br>'597 Patent, Abstract, Claims, 1:18-2:17, 2:23-45, 3:48-61, 3:62-5:4, 5:5-40, 5:41-7:61 and accompanying Figures including Figures 7-10. '597 Patent File History at 6/23/2015 Resp. to OA.<br><br>**Extrinsic Evidence**:<br><br>Testimony of Robert Zeidman regarding the foregoing; U.S. Pat. No. 9,552,002 |
| [7] "evaluate one or more parameters including at least the outside temperature measurements and the predicted rate of change" / "evaluating the one or more parameters comprises evaluating at least the outside temperature measurements and the predicted rate of change" | '100 Patent, claims 1, 9 | Indefinite<br><br>**Extrinsic Evidence:**<br><br>Testimony of David Auslander. | No construction necessary; plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'100 Patent, at Abstract, 1:26-67, 2:12-24, 2:41-3:35, 3:38-56, 3:61-4:67, 5:1-6, 5:27-44, 6:44-7:3, 7:4-40, 7:60-8:38, 8:39-9:47, and accompanying Figures including Figures 2, 3, 4, 5, 6, 7, 8. '100 Patent File History at 7/15/2013 Resp. to OA.<br><br>**Extrinsic Evidence**: |

| Claim Term, Phrase or Clause | Patent/ Claim[1] | Google's Proposed Construction and Supporting Evidence | EcoFactor's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | Testimony of Robert Zeidman regarding the foregoing |
| [8] "A method for detecting manual changes to the setpoint for a thermostatic controller" / "A method for incorporating manual changes to the setpoint for a thermostatic controller" / "An apparatus for detecting manual changes to one or more setpoints for a thermostatic controller" | '597 Patent, claims 1, 9, 17, | The preambles are limiting | No construction necessary; plain and ordinary meaning; not limiting<br>**Intrinsic Evidence:**<br>'597 Patent, Abstract, Claims, 5:41-7:61 and accompanying Figures including Figures 7-10. '597 Patent File History at 6/23/2015 Resp. to OA.<br>**Extrinsic Evidence**:<br>Testimony of Robert Zeidman regarding the foregoing |