# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,, | Case No. 4:21-cv-03220-HSG |
| Plaintiff, | **ORDER TO JOINT STIPULATION TO MODIFY ADR DEADLINE** |
| v. | |
| ECOFACTOR, INC., | |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

There being a showing of good cause based on the parties' stipulation, the parties shall have until July 26, 2022, to complete mediation.

Dated: 4/27/2022

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.