# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,, <br><br> Plaintiff, <br><br> v. <br><br> ECOFACTOR, INC., <br><br> Defendant. | Case No.  4:21-cv-03220-HSG <br><br> **[PROPOSED] ORDER TO JOINT STIPULATION TO MODIFY ADR DEADLINE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

There being a showing of good cause based on the parties' stipulation, the parties shall have until August 29, 2022, to complete the ordered mediation.

Dated: _____, 2022

_____
The Honorable Haywood S. Gilliam, Jr.