1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10
11

GOOGLE LLC,,

Case No.  4:21-cv-03220-HSG

12

              Plaintiff,

**ORDER TO JOINT STIPULATION TO MODIFY ADR DEADLINE**

13

    v.

14

ECOFACTOR, INC.,

15

              Defendant.

16
17

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

     There being a showing of good cause based on the parties' stipulation, the parties shall

19

have until August 29, 2022, to complete the ordered mediation.

20
21

     Dated:  7/27/2022     ,

22

The Honorable Haywood S. Gilliam, Jr.

23
24
25
26
27
28

1