[*All Counsel in signature block below*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>ECOFACTOR, INC.,<br><br>        Defendant and Counter-Claimant. | Case No. 4:21-cv-03220-HSG<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR GOOGLE LLC'S RENEWED MOTION TO STAY AND REQUEST FOR BRIEF EXTENSION REGARDING STATUS OF THREE ASSERTED PATENTS; ORDER**<br><br>Dept.:    Courtroom 2 – 4th Floor<br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: April 30, 2021<br><br>Trial Date: None set |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR RENEWED MOTION TO STAY AND REQUEST FOR
BRIEF EXTENSION RE STATUS OF THREE ASSERTED PATENTS; ORDER
Case No. 4:21-cv-03220-HSG

2372958

Pursuant to ECF No. 143, Plaintiff and Counter-Defendant Google LLC ("Google") and Defendant and Counter-Claimant EcoFactor, Inc. ("EcoFactor") submit this joint stipulation to (1) propose a briefing schedule for Google's renewed motion to stay proceedings for remaining U.S. Patent No. 10,584,890 (the "'890 patent"); and (2) request a brief extension until October 6, 2023 to provide a stipulation and proposed order "confirming that three of the four asserted patents are no longer in the case." ECF No. 143.

**WHEREAS**, Google and EcoFactor propose the briefing schedule below for Google's renewed motion to stay proceedings for the '890 patent:

| Event | Deadline to File |
| --- | --- |
| Google's Renewed Motion to Stay | October 18, 2023 |
| EcoFactor's Opposition to Google's Renewed Motion to Stay | November 1, 2023 |
| Google's Reply in Support of Renewed Motion to Stay | November 8, 2023 |

**WHEREAS**, on September 29, 2023, EcoFactor granted Google a covenant not to sue ("CNS") on U.S. Patent Nos. 8,740,100 (the "'100 patent"), 8,751,186 (the "'186 patent"), and 9,194,597 (the "'597 patent"), by which EcoFactor intended to extinguish any current or future case or controversy between the parties as to the '100, '186, and '597 patents—such that these three patents are no longer part of the above-captioned case;

**WHEREAS**, Google has raised questions as to whether EcoFactor's current CNS extinguishes any current or future case or controversy between the parties as to the '100, '186, and '597 patents;

**WHEREAS**, the parties continue to meet and confer over the questions raised by Google; and

**WHEREAS**, the parties respectfully request a three-day extension so that they can apprise the Court of the status of the '100 patent, the '186 patent, and the '597 patent by October 6, 2023.

**SO STIPULATED AND AGREED.**

1

JOINT STIPULATION RE BRIEFING SCHEDULE FOR RENEWED MOTION TO STAY AND REQUEST FOR BRIEF EXTENSION RE STATUS OF THREE ASSERTED PATENTS; ORDER
Case No. 4:21-cv-03220-HSG

2372958

| | |
|---|---|
| Dated: October 3, 2023 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ Leo L. Lam |
| | ROBERT A. VAN NEST |
| | LEO L. LAM |
| | EUGENE M. PAIGE |
| | R. ADAM LAURIDSEN |
| | EDWARD A. BAYLEY |
| | KRISTIN HUCEK |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone:   415 391 5400 |
| | Facsimile:    415 397 7188 |
| | |
| | Bijal V. Vakil |
| | ALLEN & OVERY LLP |
| | 550 High Street |
| | Palo Alto, CA  94301 |
| | Telephone: (650) 388-1650 |
| | Email: bijal.vakil@allenovery.com |
| | |
| | Shamita D. Etienne-Cummings |
| | ALLEN & OVERY LLP |
| | 1101 New York Avenue, NY |
| | Washington, DC  20005 |
| | Telephone: (202) 683-3810 |
| | Email: shamita.etienne@allenovery.com |
| | |
| | Grace I. Wang (*pro hac vice*) |
| | ALLEN & OVERY LLP |
| | 1221 Avenue of the Americas |
| | New York, NY  10020 |
| | Telephone: (212) 756-1143 |
| | Email: grace.wang@allenovery.com |
| | |
| | Attorneys for Plaintiff and Counter-Defendant GOOGLE LLC |
| | |
| | **RUSS AUGUST & KABAT** |
| | |
| | By: /s/ Reza Mirzaie |
| | Reza Mirzaie |
| | Marc A. Fenster |
| | Kristopher R. Davis |
| | James N. Pickens |
| | Minna Y. Chan |
| | Jason M. Wietholter |
| | |
| | Attorneys for Defendant/Counterclaim Plaintiff ECOFACTOR, INC. |

2

JOINT STIPULATION RE BRIEFING SCHEDULE FOR RENEWED MOTION TO STAY AND REQUEST FOR BRIEF EXTENSION RE STATUS OF THREE ASSERTED PATENTS; ORDER
Case No. 4:21-cv-03220-HSG

2372958

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**

The parties have submitted the Joint Stipulation Regarding Briefing Schedule for Google LLC's Renewed Motion to Stay and Request for Brief Extension Regarding Status of Three Asserted Patents. In light of the Joint Stipulation, it is hereby **ORDERED** that:

1. The parties shall comply with the following briefing schedule for Google's renewed motion to stay proceedings for remaining U.S. Patent No. 10,584,900:

| Event | Deadline to File |
|---|---|
| Google's Renewed Motion to Stay | October 18, 2023 |
| EcoFactor's Opposition to Google's Renewed Motion to Stay | November 1, 2023 |
| Google's Reply in Support of Renewed Motion to Stay | November 8, 2023 |

2. The parties' request for an extension to apprise the Court on whether U.S. Patent Nos. 8,740,100, 8,751,186, and 9,194,597 are part of the case is **GRANTED**. By no later than October 6, 2023, the parties shall inform the Court on whether the foregoing patents are part of the case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   10/4/2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

**ATTESTATION PURSUANT TO L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: October 3, 2023        */s/ Leo L. Lam*
                              Leo L. Lam

4

JOINT STIPULATION RE BRIEFING SCHEDULE FOR RENEWED MOTION TO STAY AND REQUEST FOR BRIEF EXTENSION RE STATUS OF THREE ASSERTED PATENTS; PROPOSED ORDER
Case No. 4:21-cv-03220-HSG

2372958