**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC,<br>*Plaintiff and Counterclaim-Defendant*,<br>*v*.<br>ECOFACTOR, INC.,<br>*Defendant and Counterclaim-Plaintiff*. | Case No. 4:21-cv-03220-HSG<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE (as modified)** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

There being a showing of good cause based on the parties' stipulation, the date for the Case Management Conference via zoom is hereby moved to Tuesday, October 6, 2026 at 2:00 p.m. The zoom information and instructions remain the same as previously provided in docket no. 33. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

Dated: September 4, 2026

Haywood S. Gilliam, Jr.

Honorable Haywood S. Gilliam, Jr.
United States District Judge