UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

Plaintiff,

v.

ECOFACTOR, INC.,

Defendant.

Case No. 21-cv-03220-HSG

**SCHEDULING ORDER**

A case management conference was held on October 6, 2026. Having considered the parties' proposal, *see* Dkt. No. 169, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| EcoFactor's Answer and Counterclaims | October 9, 2026 |
| Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production by EcoFactor | October 20, 2026 |
| Google's Motion for Judgment on the Pleadings | October 22, 2026 |
| Google's Response to EcoFactor's Counterclaims | October 30, 2026 |
| Google's Motion to Continue Stay | November 2, 2026 |
| EcoFactor's Response to Motion for Judgment on the Pleadings | November 5, 2026 |
| Google's Reply in support of Motion for Judgment on the Pleadings | November 12, 2026 |
| EcoFactor's Response to Any Counterclaims in Google's Response | November 13, 2026 |

United States District Court
Northern District of California

| | |
|---|---|
| EcoFactor's Response to Motion to Continue Stay | November 16, 2026 |
| Google's Reply in support of Motion to Continue Stay | November 23, 2026 |
| Invalidity Contentions and Accompanying Document Production by Google | December 4, 2026 |
| Deadline to Amend Pleadings and Join Other Parties | December 4, 2026 |
| Hearing on Motion for Judgment on the Pleadings and Motion to Continue Stay | December 17, 2026, at 2:00 p.m. |
| Exchange of Proposed Terms for Construction | December 18, 2026 |
| Exchange of Preliminary Constructions & Extrinsic Evidence | January 7, 2027 |
| Damages Contentions by EcoFactor | January 22, 2027 |
| Joint Claim Construction and Prehearing Statement Expert Reports | February 2, 2027 |
| Responsive Damages Contentions by Google | February 22, 2027 |
| Completion of Claim Construction Discovery | March 4, 2027 |
| Opening Claim Construction Brief by Google | March 19, 2027 |
| Responsive Claim Construction Brief by EcoFactor | April 2, 2027 |
| Reply Claim Construction Brief by Google | April 9, 2027 |
| Damages Contentions Meeting | April 23, 2027 |
| Claim Construction Hearing | May 14, 2027, at 10:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. The Clerk is further directed to lift the stay and reopen the case.

**IT IS SO ORDERED.**

Dated: 10/7/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge